Kristina N. Holmstrom
State Bar No. 10086
Kristina.Holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602.778.3700
Fax: 602.778.3750

*Attorneys for Defendant Hartford Life And Accident Insurance Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS LONG,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, AS CLAIMS ADMINISTRATOR FOR THE GROUP LONG-TERM DISABILITY PLAN FOR TARGET CORP.; DOES I THROUGH V; AND ROE CORPORATIONS I THROUGH V, INCLUSIVE,,<br><br>　　　　　Defendant. | CASE NO.: 2:17-CV-01297<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE** |

　　　　Plaintiff Louis Long ("Plaintiff") and Defendant Hartford Life and Accident Insurance Company ( "Defendant"), hereby stipulate and move the Court to extend their deadline to file motions concerning discovery disputes to October 20, 2017, from the original deadline date of October 2, 2017. Specifically, lead defense counsel requested this extension to accommodate her move to a new law firm and so the parties could meet and confer on discovery and Plaintiff agreed to the extension.

　　　　The parties certify this stipulation was done in good faith and not for the purposes of delay.

　　　　Dated this 11th day of October, 2017

| | |
|---|---|
| LAW OFFICE OF JULIE A. MERSCH | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Julie A. Mersch, Esq.<br>701 South 7th Street<br>Las Vegas, NV 89101<br>*Attorney for Plaintiff* | /s/ Kristina N. Holmstrom<br>Kristina N. Holmstrom<br>Esplanade Center III, Suite 800<br>2415 East Camelback Road<br>Phoenix, AZ 85016<br>*Attorneys for Defendant Hartford Life And Accident Insurance Company* |

**IT IS SO ORDERED**

*George Foley Jr.*
_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-12-2017

2