Julie A. Mersch, Esq.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S.7th Street
Las Vegas, NV  89101
(702) 387-5868
jam@merschlaw.com
*Attorney for Plaintiff Louis Long*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS LONG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, as Claims Administrator for the Group Long Term Disability Plan for TARGET Corp.; DOES I through V; and ROE CORPORATIONS I through V, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:17-cv-01297-JAD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 17 |

　　COME NOW Plaintiff LOUIS LONG and Defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, by and through their respective attorneys, and hereby stipulate to a dismissal of this action in its entirety, with prejudice, pursuant to the provisions of the Release signed by the parties.

　　DATED:  January 12, 2018　　　　LAW OFFICE OF JULIE A. MERSCH


　　　　　　　　　　　　　　　　　By:　　/s/ Julie A. Mersch　　　　
　　　　　　　　　　　　　　　　　　　　JULIE A. MERSCH
　　　　　　　　　　　　　　　　　　　　jam@merschlaw.com
　　　　　　　　　　　　　　　　　　　　Nevada Bar No.: 004695
　　　　　　　　　　　　　　　　　　　　701 S. 7th Street
　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89101
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff LOUIS LONG*

| | |
|---|---|
| DATED: Janury 12, 2018 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br><br>By:   /s/ Kristina N. Holmstrom<br>     KRISTINA N. HOLMSTROM<br>     Kristina.Holmstrom@ogletree.com<br>     Nevada Bar No. 10086<br>     Esplanade Center III, Suite 800<br>     2415 East Camelback Road<br>     Phoenix, AZ 85016<br>     *Attorneys for Defendant HARTFORD* |

**ORDER**

Based on the parties' stipulation [ECF No. 17] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED with prejudice**, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
January 12, 2018